IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VALERIE M. VERDUCE** : | **CIVIL ACTION** |
| : | |
| v. : | |
| : | |
| : | NO.: 22-cv-955 |
| **VANGUARD CHESTER FUNDS**, et al. | |

**O R D E R**

**AND NOW**, this 17th day of **MARCH, 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Michael M. Bayslon to the calendar of the Honorable Berle M. Schiller for further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
**KATE BARKMAN**
Clerk of Court