**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Valerie M. Verduce, Catherine Day, and Anthony Pollock, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs* <br><br> vs. <br><br> Vanguard Chester Funds, Mortimer J. Buckley, Christine M. Buchanan, John E. Schadl, Tara Bunch, Emerson U. Fullwood, Amy Gutmann, F. Joseph Loughrey, Mark Loughridge, Scott C. Malpass, Deanna Mulligan, André F. Perold, Sarah Bloom Raskin, David Thomas, Peter F. Volanakis, and The Vanguard Group, Inc., <br><br> *Defendants* | Civil Case No. 2:22-cv-00955-ER |

**VOLUNTARY DISMISSAL OF SOLELY DEFENDANTS TARA BUNCH AND DAVID THOMAS**

"In light of [] Third Circuit precedent, Rule 41 is the preferred method for dismissal of all claims against one defendant in a multi-defendant case." *Durant v. Sofranko,* 2019 U.S. Dist. LEXIS 116733, at *2 (W.D. Pa. July 15, 2019) (collecting authority). Under Rule 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss (without prejudice) all claims against Defendants Tara Bunch and David Thomas. Ms. Bunch and Mr. Thomas have not filed an answer or motion for summary judgment in this case. For the avoidance of doubt, no other above-captioned Defendant is dismissed and all claims against all other above-captioned Defendants remain in the case.

1

Dated: April 20, 2022

**DOVEL & LUNER, LLP**
By: */s/ Jonas B. Jacobson*

Jonas B. Jacobson (Cal. Bar No. 269912)*
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice