# **EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE VANGUARD CHESTER FUNDS LITIGATION | Lead Case No. 2:22-cv-00955-ER<br><br>**SUPPLEMENTAL DECLARATION OF VALERIE M. VERDUCE IN SUPPORT OF MOTION TO APPOINT INTERIM CLASS COUNSEL** |
|---|---|

I, Valerie M. Verduce, declare:

1. I am a named plaintiff and proposed class representative in *Verduce et al. v. Vanguard Chester Funds et al.*, No. 2:22-cv-00955-ER.

2. I have been a practicing attorney for thirty-four years. I am familiar with the rules of ethics and professionalism that govern my professional and personal conduct.

3. I understand that, in its motion to be appointed lead counsel, the Rosen firm stated: "Ms. Verduce has made no representation that when she filed her case, she had obtained prior approval from the FTC to serve as a named plaintiff and class representative in this private class action, or that she had consulted with her agency's ethics officials."

4. I can confirm that, before filing this case, I obtained all necessary clearances from my agency to participate in this case as a class representative. As part of that process, I consulted with my agency's ethics official.

1

5. I have no professional or personal conflict that prevents me from serving as a class representative in this matter, and I can and will fairly and adequately protect the interests of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/7/2022

Signature: *[DocuSigned by: /s/ —419A68ED5CFD41A...]*

Executed within the United States in Georgia.