**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE VANGUARD CHESTER FUNDS LITIGATION | Lead Case No. 2:22-cv-00955<br><br>**[PROPOSED] ORDER** |

Before the Court is the *Verduce et al.* Plaintiffs' and *Liang et al.* Plaintiffs' Joint Motion to Submit Supplemental Declarations Concerning the Appointment of Interim Class Counsel. Upon consideration of the motion, the Court **GRANTS** the motion and **ORDERS** that the Supplemental Verduce Declaration and Supplemental Kim Declaration will be part of the record for the appointment of interim class counsel.

**IT IS SO ORDERED** this _____ day of _____, 2022.

_____
HONORABLE EDUARDO C. ROBRENO
UNITED STATES DISTRICT JUDGE