IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE VANGUARD CHESTER FUNDS LITIGATION | : : : | CIVIL ACTION<br>LEAD CASE NO. 22-955 |

### ORDER

**AND NOW,** this **1st** day of **September, 2022,** pursuant to the Court's Memorandum Opinion (ECF No. 49), the Liang et al. Plaintiffs' Motion to Appoint Counsel The Rosen Law Firm, P.A. as Interim Lead Counsel (ECF No. 36) is hereby **GRANTED,** and the Verduce et al. Plaintiffs' Motion to Appoint Counsel as Interim Class Counsel (ECF No. 37) is hereby **DENIED.**

It is **FURTHER ORDERED** that the Lichtenstein et al. Plaintiffs' Motion for Leave to File Request of Appointment of Counsel to Leadership Positions (ECF No. 45) is **DENIED.**

**IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**