IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE VANGUARD CHESTER FUNDS LITIGATION | No. 2:22-cv-00955 |

**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER**

All defendants and plaintiffs hereby agree and stipulate, and ask that the Court so order, that the time within which defendants must answer plaintiffs' complaint shall be extended to December 21, 2023, which is 30 days from the entry of the Court's Order on defendants' respective motions to dismiss (Dkt. 101).

Respectfully submitted,

Dated: November 28, 2023

/s/ Samuel W. Silver
Samuel W. Silver, Pa. I.D. No. 56596
Welsh & Recker, P.C.
306 Walnut Street
Philadelphia, PA 19106
ssilver@welshrecker.com
(215) 972-6430

Maeve L. O'Connor (admitted *pro hac vice*)
Elliot Greenfield (admitted *pro hac vice*)
Brandon Fetzer (admitted *pro hac vice*)
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
mloconnor@debevoise.com
egreenfield@debevoise.com
bfetzer@debevoise.com
(212) 909-6000

*Attorneys for Defendants The Vanguard Group, Inc., Vanguard Chester Funds, Mortimer J.*

*Buckley, John Bendl, Christine M. Buchanan and John E. Schadl*

Dated: November 28, 2023    /s/ *Francis P. Devine, III*
Francis P. Devine, III
Michael E. Baughman
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799
francis.devine@troutman.com
michael.baughman@troutman.com
(215) 981-4290

Daniel J. Kramer (admitted *pro hac vice*)
Andrew J. Ehrlich (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
dkramer@paulweiss.com
aehrlich@paulweiss.com
(212) 373-3000

*Attorneys for Independent Trustee Defendants*

Dated: November 28, 2023    /s/ *Jacob A. Goldberg*
Jacob A. Goldberg
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
jgoldberg@rosenlegal.com
(215)-600-2817

*Interim Lead Counsel for Plaintiffs and the Class*

**SO ORDERED:**    Dated: November _____, 2023

_____
MURPHY, J.