UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE VANGUARD CHESTER FUNDS LITIGATION | Case No. 2:22-cv-955-JFM |

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Haifan Liang, Julia Lucas, Donald R. Lichtenstein, Samuel B. Skraly, Ardes Poisson, Valerie M. Verduce, John Harvey, Caitlin Brigham, Jeffrey Chaussee, Zeb Bradford, Benjamin Deming, and James Daily ("Plaintiffs") respectfully submit this notice of non-opposition to Plaintiffs' motion for preliminary approval of the proposed class action settlement (Dkt. No. 149, "Motion"). Plaintiffs filed the Motion on November 6, 2024. Pursuant to Local Civil Rule 7.1(c), the deadline to oppose the Motion was November 20, 2023. The deadline has passed and no opposition has been filed. Pursuant to Local Civil Rule 7.1(c), "[i]n the absence of a timely response, the motion may be granted as uncontested."

The Court should grant the unopposed Motion to allow Plaintiffs to promptly issue notice of the proposed Settlement to potential Settlement Class Members, so that the Settlement can proceed to the final approval stage. At the final approval stage, the Court will schedule and hold a hearing to determine, upon further submissions by Plaintiffs and any potential objectors, whether the Settlement is fair, reasonable, and adequate. Courts in the Third Circuit regularly grant similar unopposed motions for preliminary approval expeditiously and without a hearing. *See e.g., McDermid v. Inovio Pharms., Inc.*, Case No. 2:20-cv-1402-GJP (E.D. Pa.) (Dkt. No. 150); *Whiteley v. Zynerba Pharms., Inc.*, Case No. 2:19-cv-4959-NIQA (E.D. Pa.) (Dkt. No. 44); *Elkin v. Walter Inv. Mgmt. Corp.*, Case No. 2:17-cv-2025-JCJ (E.D. Pa.) (Dkt. No. 49); *Beltran v. SOS*

*Ltd.*, Case No. 1:21-cv-7454-RBK (D.N.J.) (Dkt. No. 47); *Spanier v. Bayerische Motorcn Werke Aktlengeselischaft*, Case No. 2:20-cv-15081-CCC (D.N.J.) (Dkt. No. 49); *Lord Abbett Affiliated Fund, Inc. v. Navient Corp.*, No. 1:16-cv-112-MN (D. Del.) (Dkt. No. 341); *Andavarapu v. iBio, Inc.*, Case No. 1:14-cv-1343-RGA (D. Del.) (Dkt. No. 57).

Accordingly, Plaintiffs request that the Court sign and enter the [Proposed] Order Preliminarily Approving Class Action Settlement and Providing for Notice (Dkt. No. 148-1), scheduling the final Settlement Hearing at least 100 days from entry of the Order, per Plaintiffs' proposed schedule of events. *See* Dkt. No. 149-1 at 25.

Respectfully submitted,

Dated: November 21, 2024          **THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Joshua Baker (*pro hac vice*)
Phillip Kim (*pro hac vice*)
Jonathan Stern (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
         jstern@rosenlegal.com
         jbaker@rosenlegal.com

Jacob A. Goldberg (PA ID: 66399)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Interim Class Counsel for Plaintiffs and the Proposed Class*

**DOVEL & LUNER, LLP**
Jonas B. Jacobson
Simon Franzini
201 Santa Monica Blvd., Suite 600

2

Santa Monica, CA 90401
Telephone: (310) 656-7066

*Additional Counsel for Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Mark C. Rifkin
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

*Additional Counsel for Plaintiffs*

**GOLOMB, SPIRT, GRUNFELD, P.C.**
Richard M. Golomb
Kevin W. Fay
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Tel: (215) 985-9177
Fax: (215) 985-4169

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
W. Daniel "Dee" Miles, III
James B. Eubank
218 Commerce Street
Montgomery, Alabama 36104
Tel: (334) 269-2343
Fax: (334) 954-7555

*Additional Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204

*Additional Counsel for Plaintiffs*