# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: VANGUARD CHESTER FUNDS LITIGATION | : CIVIL ACTION<br>:<br>:<br>: NO.  22-955<br>:<br>: |

# ORDER

**AND NOW**, this 21ˢᵗ day of February 2025, upon considering Robert Agnich's attached email requesting to redact information, and showing good cause, it is **ORDERED** the Clerk of Court shall strike DI 166 and replace it with the attached redacted version.

_____
**MURPHY, J.**

**From:** Robert Agnich
**To:** Murphy_Chambers
**Subject:** 2:22-cv-00955-JFM
**Date:** Wednesday, February 19, 2025 5:09:46 PM

**CAUTION - EXTERNAL:**

To the Court:

I wrote an email to the Court regarding the above referenced case that was published to the docket today. In it, I provide my mobile phone number and email address. Attached to my letter is my notice of opt out. That notice required certain personal contact information, namely my wife's phone number and home address. If allowed, I would appreciate that information be redacted as well.

It is filed as "Document 166".

I'm writing to request that the personal information that is not required by the court be redacted.

Rather than include my phone number inside this message, please contact me at this email address if you need anything further from me.

Thank you for your time and for your attention.

Sincerely,

Robert Agnich

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Robert Agnich
**To:** Murphy_Chambers
**Subject:** 2:22-cv-00955-JFM IN RE: VANGUARD CHESTER FUNDS LITIGATION
**Date:** Sunday, February 16, 2025 4:07:06 AM
**Attachments:** Opt Out Letter for Tory.docx

**CAUTION - EXTERNAL:**

To the Court:

My wife (Tory Nims) and I are a "harmed party" to the above referenced case. I am not an attorney. In no small part because, as a member of the class, I was unable to get out then lawyer (Mr. Kim of Rosen Firm) to return my emails or call over a three week period, we were forced to make an "executive decision" in order to meet the opt out filing deadline without the benefit of formal legal advice from our own attorney. We made a decision as best as we were able given uncertain facts and circumstances to opt out of the class.
My understanding is that, as one who is no longer a member of the class, I do not have standing to object. However, I do have input that is not reflected in current filings that I believe valuable to the class. I believe that even to file an Amicus brief, I need to be an attorney admitted by the court
So, is there a way for me to file a short brief/letter/input that will be recognized by the Court? I believe that my input will benefit the class.

Thank you in advance. I very much appreciate your help. I can be reached here, at my work address (ragnich@agnich.com), or on my mobile at ▮▮▮▮▮▮▮▮.

Sincerely,

Robert Agnich


Cc: Tory Nims

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Tory Guilfoyle Nims**



February 3, 2025

Vanguard Chester Funds Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

**Subject: Request for Exclusion from the Settlement Class (Case No. 2:22-cv-955-JFM (E.D. Pa.))**

Dear Claims Administrator,

I, **Tory Guilfoyle Nims, request to be excluded from the Settlement Class in In re Vanguard Chester Funds Litigation, Case No. 2:22-cv-955-JFM (E.D. Pa.).** I do not wish to participate in the proposed settlement, and I understand that by opting out, I will not receive any payment from the settlement fund but will retain my right to pursue any claims independently.

As required, I am providing the following information:

- **Full Name**: Tory Guilfoyle Nims
- **Address**: 
- **Phone Number**: 
- **Email Address**: agnich.tory@gmail.com
- **Identification Number**: 
- **Investor TRFs Owned**: Vanguard Target Retirement 2040 Fund (VFORX)
- **Number of Shares Held and Account Type**:             shares in an individual brokerage account            as of December 31, 2021
- **Documentation**: Enclosed is a copy of my December 31, 2021, Vanguard statement confirming my holdings of Vanguard Target Retirement 2040 Fund (VFORX) and my beneficial ownership of those shares.  Also included for reference is a copy of the court-ordered legal notice sent to me.

I declare under penalty of perjury that the information provided is accurate and that I am the beneficial owner of the referenced investments. Please confirm receipt of this request and my exclusion from the settlement class.

Sincerely,


Tory Guilfoyle Nims



Cc: Robert F. Agnich