| | |
|---|---|
| **From:** | Justin G. Morgan |
| **To:** | info@strategicclaims.net; philkim@rosenlegal.com; Murphy_Chambers; dkramer@paulweiss.com; mloconnor@debevoise.com |
| **Cc:** | Meredith L. Morgan |
| **Subject:** | IN RE VANGUARD CHESTER FUNDS LITIGATION - Case No. 2:22-cv-955-JFM |
| **Date:** | Tuesday, February 18, 2025 10:16:20 PM |
| **Attachments:** | CLASS ACTION SETTLEMENT NOTICE RECEIVED 2-18-25.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Dear Judge Murphy and counsel,

I am e-mailing as an individual, not as counsel involved in this lawsuit.

My wife (Meredith Morgan) and I received the attached belated class action notices in today's mail, February 18, 2025.

The deadline to file a claim (February 11, 2025) and to properly exclude by "mail" (February 18, 2025) has already expired.

The belated postcard notices received today are extremely unfair and unequitable, and my wife and I request an extension of time to file "Proof of Claims" or opt out of the settlement by "mail."

I am sure we cannot be the only persons to receive these postcard notices too late to comply.

Alternatively, please advise if you will accept this e-mail as the opt out for the attached five notices, as it is within the deadline of February 18, 2025. However, having the opt out received by "mail" by the February 18, 2025 deadline is an impossibility.

*"To exclude yourself from the Settlement, you must mail a letter that (a) clearly indicates your name, address, phone number, and e-mail address, and the Identification Number (if applicable), and states that you "request to be excluded from the Settlement Class in In re Vanguard Chester Funds Litigation, Case No. 2:22-cv-955-JFM (E.D. Pa.)";*

Answer: See below and e-mail signature and see the attached belated

notice of class action settlement postcards.

This is our formal *"request to be excluded from the Settlement Class in In re Vanguard Chester Funds Litigation, Case No. 2:22-cv-955-JFM (E.D. Pa.)"*

*(b) states the number of shares of Investor TRFs that you held in Taxable Accounts or Other Relevant Accounts at the time the 2021 capital gains distributions were made by the Investor TRFs"*

Answer: We held ▮▮▮▮▮▮▮ shares of VTTHX in taxable account(s).

and

*(c) is accompanied by documentary proof of your relevant Investor TRF holdings to demonstrate your status as the beneficial owner.*

Answer: See attached belated notice of class action settlement postcards received today, February 18, 2025.

Please advise if we may have an extension of one (1) week to file the Proof of Claims or if this e-mail is accepted as our request to be excluded from the settlement class.

Thank you,

/s/ Justin Morgan and Meredith Morgan
2542 Royal Palm Way
Weston, Florida 33327
T – 954-217-1016
jgm@justinmorganlaw.com
mlm@justinmorganlaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

You may be entitled to a payment. This Notice may affect your legal rights.

Please read it carefully.

VANGUARD CHESTER FUNDS LITIGATION
C/O STRATEGIC CLAIMS SERVICES
600 N. JACKSON ST., STE. 205
P.O. BOX 230
MEDIA, PA 19063

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO 225

JOB#N14508-010

00007946

06

********AUTO**ALL FOR AADC 331
MLPF& S CUST FPO
JUSTIN G MORGAN RRA
FBO JUSTIN G MORGAN
2542 ROYAL PALM WAY
WESTON FL 33327-1505
06

---

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

You may be entitled to a payment. This Notice may affect your legal rights.

Please read it carefully.

VANGUARD CHESTER FUNDS LITIGATION
C/O STRATEGIC CLAIMS SERVICES
600 N. JACKSON ST., STE. 205
P.O. BOX 230
MEDIA, PA 19063

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO 225

JOB#N14508-010

00007944

04

 

********AUTO**ALL FOR AADC 331
MRS MEREDITH L MORGAN C/F
MS MADISON B MORGAN UTMA/FL
UNTIL AGE 21
2542 ROYAL PALM WAY
WESTON FL 33327-1505
04



---

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

You may be entitled to a payment. This Notice may affect your legal rights.

Please read it carefully.

VANGUARD CHESTER FUNDS LITIGATION
C/O STRATEGIC CLAIMS SERVICES
600 N. JACKSON ST., STE. 205
P.O. BOX 230
MEDIA, PA 19063

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO 225

JOB#N14508-010

00007947

07



********AUTO**ALL FOR AADC 331
JUSTIN G MORGAN AND
MEREDITH LINDSAY MORGAN ATBE
TOD BENEFICIARIES ON FILE
2542 ROYAL PALM WAY
WESTON FL 33327-1505
07

---

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

You may be entitled to a payment. This Notice may affect your legal rights.

Please read it carefully.

VANGUARD CHESTER FUNDS LITIGATION
C/O STRATEGIC CLAIMS SERVICES
600 N. JACKSON ST., STE. 205
P.O. BOX 230
MEDIA, PA 19063

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO 225

JOB#N14508-010

00007945

05



********AUTO**ALL FOR AADC 331
MLPF& S CUST FPO
MEREDITH LINDSAY MORGAN RRA
FBO MEREDITH LINDSAY MORGAN
2542 ROYAL PALM WAY
WESTON FL 33327-1505
05

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

VANGUARD CHESTER FUNDS LITIGATION
C/O STRATEGIC CLAIMS SERVICES
600 N. JACKSON ST., STE. 205
P.O. BOX 230
MEDIA, PA 19063

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

JOB#N14508-010

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment. This Notice may affect your legal rights.*

*Please read it carefully.*



00007948



9#

08

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 331
MRS MEREDITH L MORGAN C/F
MS ASHLEY E MORGAN UTMA/FL
UNTIL AGE 21
2542 ROYAL PALM WAY
WESTON FL 33327-1505

08