# EXHIBIT 2

| No. | Defendant(s)/Respondent(s) | SEC File No. or Case No. | Date of Order Directing Payment | Date of Order Directing First Distribution | Time Span (years) |
|---|---|---|---|---|---|
| 1 | Ameriprise Financial, Inc. (formerly American Express Financial Corporation) | 3-12114 | 12/1/2005 | 4/15/2019 | 13.4 |
| 2 | Fifth Third Bancorp and Daniel Poston | 3-15635 | 12/4/2013 | 9/20/2024 | 10.8 |
| 3 | CIHC, Inc., Conseco Services, LLC, and Conseco Equity Sales, Inc. | 3-11578 | 8/9/2004 | 9/4/2014 | 10.1 |
| 4 | Haidar Capital Management, LLC, Haidar Capital Advisors, LLC, and Said N. Haidar | 3-12678 | 7/6/2007 | 1/13/2017 | 9.5 |
| 5 | John W. Adams and AIP, LLC | 3-11676 | 9/23/2004 | 1/25/2013 | 8.3 |
| 6 | UBS Financial Services Inc. of Puerto Rico | 3-14863 | 5/1/2012 | 6/30/2020 | 8.2 |
| 7 | Waddell & Reed, Inc., Waddell & Reed Investment Management Company, and Waddell & Reed Services Company | 3-12372 | 7/24/2006 | 7/15/2014 | 8.0 |
| 8 | MagnaChip Semiconductor Corporation and Margaret Hye-Ryoung Sakai, CPA | 3-17956 | 5/1/2017 | [still pending] | 7.9 |
| 9 | EZTD, Inc. | 3-17673 | 11/10/2016 | 7/1/2024 | 7.6 |
| 10 | Citigroup Global Markets, Inc. and Morgan Stanley Smith Barney LLC | 3-17808, 3-17809 | 1/24/2017 | 7/24/2024 | 7.5 |
| 11 | Morgan Stanley, Co. LLC; Morgan Stanley ABS Capital I Inc.; and Morgan Stanley Mortgage Capital Holdings LLC | 3-15982 | 7/24/2014 | 9/16/2021 | 7.1 |
| 12 | Howard Richards; James Goodland, and Securus Wealth Management, LLC | 3-16877, 3-16878 | 9/30/2015 | 10/13/2022 | 7.0 |
| 13 | Wilmington Trust Corporation | 3-16098 | 9/11/2014 | 8/27/2021 | 7.0 |
| 14 | Charles W. Crouse and Norman R. Hess | 3-11515 | 2/25/2005 | 12/16/2011 | 6.8 |
| 15 | Packetport.com, Inc., Ronald Durando, Microphase Corp., Robert H. Jaffe, Gustave Dotoli, M. Christopher Agarwal, and Theodore Kunzog | 3-12868 | 10/18/2007 | 7/11/2014 | 6.7 |
| 16 | Bankrate, Inc. and Hyunjin Lerner, CPA | 3-16786, 3-16787 | 9/8/2015 | 5/25/2022 | 6.7 |

| # | Respondent | File No. | Order Date | Termination Date | Years |
|---|---|---|---|---|---|
| 17 | PA Fund Management LLC f/k/a PIMCO Advisors Fund Management LLC, PEA Capital LLC f/k/a PIMCO Equity Advisors LLC, and PA Distributors LLC f/k/a PIMCO Advisors Distributors LLC | 3-11645 | 9/13/2004 | 5/12/2011 | 6.7 |
| 18 | Wells Fargo Brokerage Services, LLC n/k/a Wells Fargo Securities, LLC and Shawn Patrick McMurtry | 3-14982 | 8/14/2012 | 3/21/2019 | 6.6 |
| 19 | Southwest Securities, Inc., Daniel R. Leland, Kerry M. Rigdon and Kevin J. Marsh | 3-11793 | 1/10/2005 | 8/2/2011 | 6.6 |
| 20 | Canadian Imperial Holdings Inc. and CIBC World Markets Corp. | 3-11987 | 7/20/2005 | 11/7/2011 | 6.3 |
| 21 | Taberna Capital Management, LLC, Michael Fralin, and Raphael Licht | 3-16776 | 9/2/2015 | 9/16/2021 | 6.0 |
| 22 | Fremont Investment Advisors, Inc. | 3-11726 | 11/4/2004 | 10/28/2010 | 6.0 |
| 23 | J. Michael Scarborough and Royal Alliance Associates, Inc. | 3-11538 | 7/8/2004 | 6/2/2010 | 5.9 |
| 24 | Inviva, Inc. and Jefferson National Life Insurance Company | 3-11579 | 8/9/2004 | 6/4/2010 | 5.8 |
| 25 | Morgan Stanley & Co. Incorporated | 3-12907 | 12/18/2007 | 10/9/2013 | 5.8 |
| 26 | Laurence I. Balter d/b/a Oracle Investment Research | 3-17614 | 5/26/2017 | 3/8/2023 | 5.8 |
| 27 | BP p.l.c. | 12-cv-2774 | 12/10/2012 | 8/14/2018 | 5.7 |
| 28 | Signator Investors, Inc. and Gregory J. Mitchell; Cory D. Williams | 3-16753, 3-16754 | 8/13/2015 | 4/16/2021 | 5.7 |
| 29 | Strong Capital Management, Inc. | 3-12448 | 9/29/2006 | 3/1/2012 | 5.4 |
| 30 | Credit Suisse Alternative Capital, LLC (f/k/a Credit Suisse Alternative Capital, Inc.), Credit Suisse Asset Management, LLC, and Samir H. Bhatt | 3-14594 | 10/19/2011 | 2/9/2017 | 5.3 |