# EXHIBIT 4

| No. | Title | Source | Date |
|---|---|---|---|
| 1 | *Secretary Michael Watson Joins $106 Million Multi-State Settlement with Vanguard* | Mississippi Secretary of State | 1/31/25 |
| 2 | *Vanguard, a popular choice among employers for employee retirement and investment accounts, failed to disclose* | NBC Chicago | 1/31/25 |
| 3 | *9k Illinois residents could get money as part of $l00M suit with Vanguard* | Chicago NBC | 1/30/25 |
| 4 | *Illinois Secretary of State Joins $106 Million Multi-State Settlement with Vanguard* | Illinois Secretary of State | 1/30/25 |
| 5 | *Vanguard settles SEC charges with $106.4M fine* | InsuranceNewsNet | 1/26/25 |
| 6 | *Attorney General James Secures $106 Million from Vanguard for Failing to Notify Investors of Changes to Retirement Funds* | LegalNewsline | 1/24/25 |
| 7 | *Attorney General Alan Wilson joins $106 million multi-state settlement with Vanguard over big tax bills,* | South Carolina Attorney General's Office | 1/23/25 |
| 8 | *Vanguard's S106 million target-date fund settlement offers a key lesson about taxes* | NBC Dallas Fort Worth | 1/23/25 |
| 9 | *Maryland Enters $106 Million Multistate Settlement with Vanguard over Big Tax Bills, Remediation to Investors* | Maryland Attorney General's Office | 1/22/25 |
| 10 | *Thousands of CT investors could receive part of S1O6 million settlement with Vanguard* | News-Times | 1/21/25 |
| 11 | *Vanguard to Pay $106 Million Over Retirement Fund Violations* | AdvisorHub | 1/21/25 |
| 12 | *Why Vanguard Was Ordered to Pay a $106 Million Fine Related to Target-Date Funds* | Kiplinger's | 1/21/25 |
| 13 | *Oregon Division of Financial Regulation joins $106 million multistate settlement with Vanguard over big tax bills,* | Oregon CBS | 1/21/25 |
| 14 | *Vanguard to Pay $106.4 Million in SEC Settlement Over TRF Disclosures* | Live Bitcoin News | 1/21/25 |
| 15 | *Vanguard fined US $106m for investors' massive tax bill* | Financial Standard | 1/20/25 |
| 16 | *American Express Pays $108 Million To Settle Deceptive Marketing Charges, Vanguard Group Pays $106* | Financial Crime Weekly | 1/20/25 |
| 17 | *Vanguard to Pay $106m for Target Date Retirement Fund Violations* | Markets Media | 1/20/25 |
| 18 | *SEC Slams Vanguard with S106M Penalty Over Tax Disclosure Failure* | Tron Weekly | 1/20/25 |
| 19 | *Vanguard to Pay $106M for Target-Date Fund Tax Bills* | Newsmax | 1/18/25 |

1

| 20 | *EXCHANGE --- Markets & Finance: Vanguard Settles Case Over Retirement* | Wall Street Journal | 1/18/25 |
| --- | --- | --- | --- |
| 21 | *Washington DFI Joins $106 Million Multistate Settlement With Vanguard Over Big Tax Bills, SEC to Coordinate Remediation* | EIN Presswire | 01/18/25 |
| 22 | *Vanguard, the large mutual fund company, has agreed to pay $106 million in restitution* | Ledger-Enquirer | 1/18/25 |
| 23 | *Vanguard to Pay $106.4 Million to Resolve Alleged Violations Linked to Retirement Funds* | Wall Street Journal | 1/17/25 |
| 24 | *Vanguard to Pay $106M for Target-Date Fund Tax Bills* | Newsmax | 1/17/25 |
| 25 | *SEC Fines Vanguard $106 Million Over "Investor TRFs Tax Consequences"* | Finance Magnates | 1/17/25 |
| 26 | *Vanguard to pay $106 million in restitution to retirement fund investors* | The Miami Herald | 1/17/25 |
| 27 | *Vanguard settles with SEC, NASAA* | Investment Executive | 1/17/25 |
| 28 | *Iowa Insurance Division Joins $106 Million Multi-State Settlement with Vanguard* | Iowa Insurance Division | 1/17/25 |
| 29 | *Vanguard to Pay $106 Million SEC Settlement Over Surprise Capital Gains Taxes* | Wall Street Journal | 1/17/25 |
| 30 | *Pennsylvania Department of Banking and Securities Joins $106 Million Multi-State Settlement with Vanguard over Capital Gains Tax Bills, Remediation to Investors* | Pennsylvania Dept. Of Banking and Securities | 1/17/25 |
| 31 | *Vanguard to Pay $106 Million Over Retirement Fund Violation* | Bloomberg News | 1/17/25 |
| 32 | *Vanguard will pay $106 million over 'misleading statements' about retirement funds* | Quartz | 1/17/25 |
| 33 | *Vanguard to Pay $106 Million in Restitution to Retirement Fund Investors* | The New York Times | 1/17/25 |
| 34 | *Vanguard to pay $106 million to settle SEC charges over misleading TDF disclosures* | Pensions & Investments: A Crain Family Brand | 1/17/25 |
| 35 | *Vanguard fined more than $100 million by SEC over violations involving target date retirement funds* | NBC News | 1/17/25 |
| 36 | *Connecticut Department of Banking Announces Multi-State Settlement with Vanguard over Big Tax Bills* | Connecticut Department of Banking | 1/17/25 |
| 37 | *Vanguard to pay $106.4 million to settle US SEC charges, regulator says* | Investing.com | 1/17/25 |
| 38 | *Vanguard Group to pay US $106.4 million to settle SEC charges, regulator says* | Globe and Mail | 1/17/25 |

2

| 39 | *Vanguard Settles with SEC, Agrees to Pay $106 Million* | BeinCrypto | |
| 40 | *Office of the Attorney General Announces $106 Million Nationwide Vanguard Settlement* | New Jersey Attorney General's Office | 1/17/25 |
| 41 | *Vanguard to Pay $106.4 Million to Resolve Alleged Violations Linked to Retirement Funds* | Dow Jones | 1/17/25 |
| 42 | *SEC: Vanguard To Pay More Than $100 Million To Resolve Violations Related To Target Date Retirement Funds* | Mondo Visione | 1/17/25 |
| 43 | *Vanguard to pay more than $100M over target-date fund violations* | Investment News | 1/17/25 |
| 44 | *Vanguard fined more than $100 million by SEC over violations involving target date retirement funds* | CNBC Stocks | 1/17/25 |

3