**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE VANGUARD CHESTER FUNDS LITIGATION | : | CIVIL ACTION |
| | : | |
| | : | |
| | : | NO.  22-955 |
| | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this 19th day of May 2025, upon considering plaintiffs' motion for final approval of proposed class action settlement (DI 154), objections from class members (DI 157-163; 165, 168, 171, 175), additional briefing (DI 156, 170, 172-74, 184-87), and following the settlement hearing on March 11, 2025 (DI 176), it is **ORDERED** that plaintiffs' motion for final approval of proposed class action settlement (DI 154) is **DENIED** for the reasons stated in the accompanying Memorandum.

**AND**, upon considering the denial of the proposed settlement, it is further **ORDERED** that plaintiffs' motion for attorneys' fees, reimbursement of litigation expenses, and awards to plaintiffs (DI 155) is **DENIED** as moot.  The parties are hereby **ORDERED** to meet and confer regarding next steps and shall file a joint status report and proposed schedule by **May 30, 2025**.

_John F. Murphy_
**MURPHY, J.**