IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE VANGUARD CHESTER FUNDS LITIGATION | : | CIVIL ACTION |
| | : | |
| | : | |
| | : | NO.  22-955 |
| | : | |
| | : | |

# **ORDER**

**AND NOW**, this 2nd day of June 2025, upon considering the parties' joint status report (DI 191), it is **ORDERED** the case deadlines will not be stayed indefinitely, but we will consider a schedule that accommodates a reasonable amount of time for mediation.  No later than **June 6, 2025**, the parties shall propose a scheduling order for the case, which may include a mediation date certain and allow a reasonable amount of time for the parties to focus on short-term settlement efforts.

MURPHY, J.