UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE VANGUARD CHESTER FUNDS LITIGATION | Case No. 2:22-cv-955-JFM |

**JOINT STIPULATION AND ORDER REGARDING SETTLEMENT**

Plaintiffs Haifan Liang, Julia Lucas, Donald R. Lichtenstein, Samuel B. Skraly, Ardes Poisson, Valerie M. Verduce, John Harvey, Caitlin Brigham, Jeffrey Chaussee, Zeb Bradford, Benjamin Deming, and James Daily (collectively, "Plaintiffs") and Defendants The Vanguard Group, Inc., Vanguard Chester Funds, Mortimer J. Buckley, John Bendl, Christine M. Buchanan, John E. Schadl, Emerson U. Fullwood, Amy Gutmann, F. Joseph Loughrey, Mark Loughridge, Scott C. Malpass, Deanna Mulligan, André F. Perold, Sarah Bloom Raskin, and Peter F. Volanakis (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby notify the Court of their agreement in principle to resolve all claims in this Action, and accordingly stipulate and agree as follows:

WHEREAS, the Parties participated in a private mediation with the Hon. Layn Phillips on July 31, 2025;

WHEREAS, the mediation was successful and the Parties reached an agreement in principle to fully resolve all claims in this Action;

WHEREAS, the Parties require time to negotiate and memorialize the attendant details of the settlement;

WHEREAS, Plaintiffs intend to move for preliminary approval of the proposed class settlement within 45 days;

WHEREAS, the Court's Order dated June 6, 2025 (Dkt. No. 194) stayed all outstanding deadlines in this Action through Thursday, August 7, 2025, and set further deadlines upon expiration of the stay;

WHEREAS, the Parties wish for their litigation positions to remain undisturbed while they negotiate and finalize their settlement agreement, and to preserve the Court's and the Parties' resources;

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. All outstanding deadlines in this Action are hereby stayed pending the Parties' formal agreement to, and the Court's approval of, the proposed settlement.

2. If Plaintiffs have not filed a motion for preliminary approval of the proposed settlement by September 22, 2025, the Parties will file a joint status report on or by that date.

Respectfully submitted,

Dated: August 7, 2025

**THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Jacob A. Goldberg (PA ID: 66399)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
Email: jbaker@rosenlegal.com

Phillip Kim (*pro hac vice*)
Jonathan Stern (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016

2

        Telephone: (212) 686-1060
        Fax: (212) 202-3827
        Email: pkim@rosenlegal.com
        Email: jstern@rosenlegal.com

*Interim Class Counsel for Plaintiffs*

Dated: August 7, 2025

**WELSH & RECKER, P.C.**

By: */s/Samuel W. Silver*
Samuel W. Silver (Pa. ID. 56596)
306 Walnut Street
Philadelphia, PA 19106
Telephone: (267) 764-5492
Email: ssilver@welshrecker.com

**DEBEVOISE & PLIMPTON LLP**
Maeve L. O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
Amy C. Zimmerman (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: azimmerman@debevoise.com

*Counsel for Defendants The Vanguard Group, Inc., Vanguard Chester Funds Mortimer J. Buckley, John Bendl, Christine M. Buchanan, and John E. Schadl*

Dated: August 7, 2025

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/Francis P. Devine, III*
Francis P. Devine, III
Michael E. Baughman
3000 Two Logan Square
Philadelphia, PA 19103-2799
Telephone: (215) 981-4290
Email: francis.devine@troutman.com
Email: michael.baughman@troutman.com

**PAUL, WEISS, RIFKIND, WHARTON &**

3

**GARRISON LLP**
Daniel J. Kramer (*pro hac vice*)
Andrew J. Ehrlich (*pro hac vice*)
1285 Avenue of the Americas New York,
New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: dkramer@paulweiss.com
Email: aehrlich@paulweiss.com
Email: kammari@paulweiss.com

*Counsel for Defendants Emerson U. Fullwood, Amy Gutmann, F. Joseph Loughrey, Mark Loughridge, Scott C. Malpass, Deanna Mulligan, Andre F. Perold, Sarah Bloom Raskin, and Peter F. Volanakis*

**IT IS SO ORDERED** this __7th__ day of ___August___, 2025.

_____
HONORABLE JOHN F. MURPHY
UNITED STATES DISTRICT JUDGE