Clerk of the Court
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 2609
601 Market Street
Philadelphia, PA 19106

Dear U.S. District Court,

I am writing to express my objection to the settlement in *In re Vanguard Chester Funds Litigation*, Case No. 2:22-cv-955-JFM (E.D.Pa.).

| | |
|---|---|
| (1) your name, address, e-mail address, telephone number, and Identification Number (if applicable); | Frederick W. Knobloch
184-54 Kanazawa-cho, Kanazawa-ku
Yokohama, Japan 236-0015

f.w.knobloch@gmail.com
Phone: 81-90-2226-2148 |
| (2) a list of the Investor TRFs from which you received capital gains distributions in 2021, including the number of shares of each Investor TRF held at the time those distributions were made; | Target Retirement 2025
1007.962 shares |
| (3) all grounds for the objection, including any legal support known to you or your counsel; | I am a U.S. taxpayer, as are all U.S. citizens worldwide. The requirement that settlement class members reside in the U.S. is unjustifiable. |
| (4) the name, address, email address, and telephone number of all counsel, if any, who represent you, including your former or current counsel; and | None |
| (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years | 0 |

*Frederick W. Knobloch* (signature)

Frederick W. Knobloch       Oct. 15, 2025



K. [illegible]
184-54 Kanazawa-cho, Kanazawa-ku
Yokohama 236-0015
Japan

Clerk of the Court
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 2609
601 Market Street
Philadelphia, PA 19106
U.S.A.

RECEIVED OCT 22 2025

BY AIR MAIL 航空
PAR AVION